IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 21  AM 10: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 04-20038/B |
| vs. | ) | |
| | ) | |
| LORENZO HIBBLER, | ) | |
| Defendant. | ) | |

## ORDER TO
## SUPPLEMENT THE RECORD BELOW

Upon good cause shown, the record in the above matter is supplemented with documents

as described in the government's motion. It is hereby ORDERED, ADJUDGED AND

DECREED THIS 20ᵗʰ day of July, 2005.

UNITED STATES DISTRICT COURT JUDGE
J. DANIEL BREEN

DATE: 7/20/05

This document entered on the docket sheet in compliance 7-21-05
with Rule 55 and/or 32(b) FRCrP on _____

(54)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20038 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT